HEATHER E. WILLIAMS
Federal Defender
RACHELLE BARBOUR, SB # 185395
Research and Writing Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for
RICKY CHILCOAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S. 00-00569-JAM |
|---|---|---|
| Plaintiff, | ) | AMENDED RELEASE ORDER |
| v. | ) | |
| RICKY CHILCOAT, | ) | JUDGE: Hon. John A. Mendez |
| Defendant | ) | |

IT IS HEREBY ORDERED that defendant RICKY CHILCOAT be released from the custody of the United States Marshals on Wednesday, June 11, 2014 by 9:00 a.m. The Federal Defender's Office through Federal Investigator Melvin Buford shall provide transportation for Mr. Chilcoat to the in-patient residential facility at the Effort for the placement which was ordered by this Court on June 10, 2014.

DATED: June 10, 2014

/s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Court Judge

Chilcoat Release Order   1